NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE UNITED STATES,**
*Petitioner.*

---

MISCELLANEOUS DOCKET NO. 908

---

On Petition for Writ of Mandamus from the United States Court of Federal Claims in case no. 02-25L, Judge Francis M. Allegra.

---

**O R D E R**

Upon consideration of the decision of the Supreme Court of the United States in *United States v. Jicarilla Apache Nation*, 131 S.Ct. 2313 (2011), reversing this court's judgment and remanding for further proceedings,

IT IS ORDERED THAT:

The petition is reinstated.

FOR THE COURT

July 25, 2011

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc: Brian C. Toth, Esq.
    Steven D. Gordon, Esq.
    Alan R. Taradash, Esq.